UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL MISTARZ,

    Plaintiff,

v.                                         Case No. 3:21-cv-466-TJC-LLL

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

    Defendant.

---

**O R D E R**

This case is before the Court on the Plaintiff Michael Mistarz's Dispositive Motion for Summary Judgment (Doc. 21) and Defendant Reliance Standard Life Insurance Company's Motion for Summary Judgment (Doc. 22). On January 30, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 33) recommending that Plaintiff's Motion for Summary Judgment be granted in part, Defendant's Motion for Summary Judgment be denied, that the case be remanded to Defendant for reconsideration, and that the Clerk be directed to enter judgment in favor of Plaintiff and against Defendant. On February 13, 2023, Plaintiff filed an objection to the Report and Recommendation, asking the Court to directly award long-term disability benefits to Plaintiff rather than remanding the case

to Defendant. (Doc. 34). Defendant opposes the request to directly award benefits. (Doc. 36). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 33), it is hereby

**ORDERED:**

1. Plaintiff's Objections to the Report and Recommendation (Doc. 34) are **OVERRULED**.

2. The Report and Recommendation of the Magistrate Judge (Doc. 33) is **ADOPTED** as the opinion of the Court.

3. Plaintiff's Dispositive Motion for Summary Judgment (Doc. 21) is **GRANTED to the extent** that the Court finds Defendant's decision to deny long-term disability benefits arbitrary and capricious.

4. Defendant's Motion for Summary Judgment (Doc. 22) is **DENIED**.

5. This case is **REMANDED** to Defendant for further evaluation of the evidence and reconsideration of Ms. Zafarino's conclusions. Specifically, Defendant shall 1) clarify Ms. Zafarino's conclusions and the basis for her conclusions in her second and most recent REA analysis (Doc. 22-1 at 448); and 2) based on that, determine if Plaintiff is able to perform the duties of "any occupation" as defined in the plan.

6. The Court retains jurisdiction over this case.

7. While the Court is not entering final judgment at this time, the Court will nevertheless entertain an attorney's fees request. No later than

**April 13, 2023**, Plaintiff shall submit any request for attorney's fees and costs, consistent with Local Rule 7.01.

8.  No later than **June 13, 2023**, Defendant should file its final administrative decision regarding benefits in accordance with this Order. No later than **July 1, 2023**, the parties shall advise the Court whether further proceedings are required.

**DONE AND ORDERED** in Jacksonville, Florida the 14th day of March, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Laura Lothman Lambert
United States Magistrate Judge

Counsel of record